97 A.3d 734

## Clay CALDWELL, Petitioner

v.

## Hon. Jeffrey R. MINEHART, Respondent.

No. 74 EM 2014.

Supreme Court of Pennsylvania.

Aug. 8, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 8th day of August, 2014, the Application for Leave to File Original Process is **GRANTED,** and the

418

Petition for Writ of Mandamus is **DENIED.** The Prothonotary is directed to strike the name of the jurist from the caption.